


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2012

By Facsimile

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6737

     Re:   <u>United States</u> v. <u>Asmed Barrera, et al.</u>
            10 Cr. 389 (GCD)

Dear Judge Daniels,

    The Government respectfully writes to request that it be permitted to file a sur-reply of no more than five pages in length regarding defendant Barrera's motion to preclude the testimony of our proffered expert. The Government can file this sur-reply by Friday, October 26, 2012.

    The Government has consulted counsel for the defendants regarding this request and they do not oppose it.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney
                                Southern District of New York

                     By:
                                Kan M. Nawaday/Jason H. Cowley
                                Assistant United States Attorney
                                Tel: (212) 637-2311/2479

cc:   Dawn Cardi, Esq. (By email)
      Ariadne Green, Esq. (By email)
      Counsel for defendant Asmed Barrera

      Edward Wilford, Esq. (By email)
      Richard J. Ma, Esq. (By email)
      Counsel for defendant Roberto Aymat